Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) *Former Prisoners*

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi
### Western Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 17 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Real Name 257508 / False Info # To use Phone 212419

Jaccory Carr / Jacory Carr
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sheriff
Reginald Jackson
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 00023 ? / 0084 00025 #
(to be filled in by the Clerk's Office)

5:25-CV-94-DCB-BWR

OS Plucknett Possing Sheriff AKA Deputy
David Alexandria Deputy
Rett Tollover Deputy
Gloria Ashford
Tish Richardson
Walker Deputy
Jessie Stewart

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jacoby Carr  Jacoy Carr  Cory
All other names by which you have been known: 257508  212419  Woodville computerized
ID Number
Current Institution: Walnut Grove Correctional Facility 1650
Address: Highway 492 Walnut Grove 39189

                                                City        State        Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Acting Sheriff OJ Pickwott
Job or Title *(if known)*: Sheriff for Mond [Ga...]
Shield Number: N/A
Employer:
Address: Hwy 61 WCSO
Woodville  Mississippi  39669
       City        State        Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name: Darrel Alexander
Job or Title *(if known)*: Deputy
Shield Number: N/A
Employer:
Address:
Woodville  MS  39669
       City        State        Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 3
Name: Jeff Tolliver
Job or Title (if known): Deputy
Shield Number:
Employer:
Address: Hwy 61 WCSO
Woodville, MS 39669
City / State / Zip Code

[ ] Individual capacity   [x] Official capacity

Defendant No. 4
Name: Walker
Job or Title (if known): Deputy New
Shield Number:
Employer:
Address: Hwy 61 WCSO
Woodville, MS 39669
City / State / Zip Code

[ ] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[x] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False Imprisonment Conspiracy to interfere with civil rights

State of Equal Rights, Protection against impairment, & Rights of Recovery

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Jessie Stewart Conspiracy too interfere with Civil Rights, Then statement made he's US marshall but they all misuse everyone they work with now instead Clerk and house.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Cruel and unusual punishment Conflict of interest, im more guilty then the next Hearsay.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Misconduct & Misrepresentation

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Woodville Ms. Im there greater opportunity to take advantage
Centerville Ms.
Refund from Sheriff department Greed of wolves in sheep clothing image

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Woodville Sheriff Department
Converse
CMCF to GMCF Pre-Meditated 3yrs before and when I got to woodville since Google News Factory Car
If they take it off you know why.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

June 2, 2022 at Wilkinson County Jail   Till final trial date 6-26-25

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Have to protect them young men name I've been baptized 3x. They threatened made there own do thing's to innocent blood to cover up that mess in Woodville, I they took charges away and I sent Grievance to the judge Carmen Brooks they rub elbows, I come as I am in Court and all anything broke loose they'll deny the power there in your face 7th Amendment and Violate the 1st making someone practice religion and take my paper work at the jail and court even my lawyer

Jeffery Harness rubs elbow with Deputy's in Offense when suppose to be in defense, participating in shottly Krosses with our family to X us out one by one like were criminals they just give back of knowlyge to free people to help go home or speakin court.

V.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Open wound thumb took pictures and just to say one time in the end because they knew they was going to bring me here, to get boot for my heel, antibiotic + pain med and asked agin he didn't Walnut Grove know what was wrong but he brought me back more pain meds, like he was going to bring me to the doctor OJ Puckett of Gloria Ashford Macing me in my cell OJ a Deputy from earlsville they shot me in back Deputy Walker Alexenderia with two tasers when I didn't fall they maced Provoking me and choked me out and I woke up the same minute he released, in same place I was going with feces and they stripped me naked.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Freedom

Righteous Judgement and fees for everyday I sat for false Imprisonment from my baby girl my pride and joy.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Woodville Wilkinson County Sheriff Office Misrepresentation; Misconduct

CMCF    Walnut Grove

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes — just received but at Walnut Grove don't wanna give messed up story because some one could be trying to shift way and play shot rock hide hands

☐ No

☐ Do not know

not nothing at Wilkinson County Jail

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? I wrote Arp's and the crooked people at Court in woodville tried to Appeal to play the system

☐ Yes

☑ No — Jeffery Aunness, and I had forms to write Civil, Supreme + Justice Court.

☐ Do not know

If yes, which claim(s)? on my Case Manager form grievance but she don't know what to do other paper work sent me to other place's without grievance application work fill couple day's before we getting this pack so at time here really not much needed because everyone know my situation.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

ARP Processes really only thing tell me to this point in this corrections

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes
☐ No

To Judge County jail took little news papers and paper back little books I could have they stopped to play in the spirit and listen to despise plans

E. If you did file a grievance:

1. Where did you file the grievance?

When gave me paper an pen they was felling on pure contacts so they was trying to hurt me because I wrote everything down till I got to point were to remind them in spirit there any problem not there street affairs to be there escape go.

In my cell on paper and thats the day they respected giving me paper. Old Testament Imma keep my Good Name New Testament.

2. What did you claim in your grievance?

I come as I am to support they had no evidence spoke righteousness once someone came from prison with Webster Constitutional Rights Book to Confirm and enhance what the Good Lord put on my soul to speak to stay protected till better grounding.

3. What was the result, if any? Prevailed in Trial tried to make me take 30yr Jury said not guilty trial to make me testify testimony after the fact, Officer's held up for misrepresentation and made the girls testify crying on court minutes in speech so after jury not guilty verdicts she said no finger print I said what's this she said nothing to pertaining to case but still say Guilty I find you and sentenced to 30yr.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I got letter from Indigent Appeals Office Woodville

Jeffery Harness friend to Appeal it unrighteous as tryin of to look again devised plan of Mischeif.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Arp process and not paper till long after of more learning and protecting there self so to say in State of Mississippi if thy are crooked people harm people out here to hide there hands.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I wrote everyone My Suppose Judge Carmen Drake, to many threats at jail, and everyone know people move like spies and cia agents now playing it or protecting some rule but I have to deal bill chain of command in Mississippi Under sound knowledge Courts under Maritime Law, im not Militia, Under Article 6 maritime actions decreasing State and MDOC.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I'm waiting on Righteous Just Judgement not decreasing GOD + Jesus Abomination Sueful people contacts to Woodville or nothing no hard evidence nor, righteous people to make the facts there doing to my Life for more harm / small incounter hurts everyone.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) Laccoy Carr
     Defendant(s) Liberty Jail in 2017

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     Centreville Mississippi

  3. Docket or index number

  4. Name of Judge assigned to your case
     Kathie Boone

  5. Approximate date of filing lawsuit
     They shipped me to Woodville Jail on Crutches and never sent my property to Woodville jail after I got sentenced Aug September and sentenced Oct in Woodville.

  6. Is the case still pending?
     Not to my knowledge but should still be on record

     ☐ Yes
     ☐ No

     If no, give the approximate date of disposition.

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     To my unbeknownest

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Trying and judge Carmen stated when I asked her. She stated she'll help me, that's a Civil Court matter. After stating Indigent and I needed to dismiss Counsel She still pushed Harness on to proceeding at none respondend lawyer when they don't want me to speak.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

process held at will because of will power from Heaven's Kingdom to defend myself just cases trying to deceive an bribe my family to hurt and take my daughter.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/11/2025

Signature of Plaintiff: *Jaucory T. Carr*
Printed Name of Plaintiff: Jaucory T. Carr
Prison Identification #: New Jaucory Carr 212419 But Booked As Jaucory Carr 257508
Prison Address: Walnut Grove Correctional Facility-Highway 492 Walnut Grove 39189

City: Walnut Grove   State: MS   Zip Code: 39189

### B. For Attorneys

Date of signing: 9/11/2025

Signature of Attorney: So Justin Cooks or George Holmes
Printed Name of Attorney:
Bar Number:
Name of Law Firm: Indigent Appeal Division
Address:

City: Jackson   State: MS   Zip Code:

Telephone Number:
E-mail Address: